UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOVAN CAMPBELL, on behalf of herself and all
others similarly situated,

                        Plaintiff,

       -against-

BGB GROUP, LIMITED,

                        Defendant.
-----------------------------------------------------------------X

23-CV-2279 (PAE) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      Plaintiff Jovan Campbell, on behalf of herself and all others similarly situated, commenced this action on March 16, 2023, see ECF No. 1, and the summons as to Defendant BGB Group, Limited was issued on March 17, 2023, see ECF No. 4. The deadline to effect service on Defendant has since passed, and to date, there has been no indication on the docket as to whether Defendant has been served. Accordingly, Plaintiff is directed to submit a letter by no later than **Thursday, June 29, 2023** updating the Court as to the efforts that have been made to serve Defendant.

      **SO ORDERED.**

DATED:    New York, New York
                June 22, 2023

                                                _____
                                                VALERIE FIGUEREDO
                                                United States Magistrate Judge